Jim Mackie, AZ Bar No. 013314
jim.mackie@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
3430 E. Sunrise Dr., Suite 220
Tucson, AZ  85718
Telephone:   520-575-7441
Facsimile:   520-544-9675

Eric P. Mathisen (Indiana Bar 19475-71)
Admitted *Pro Hac Vice*
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
56 S. Washington Street, Suite 302
Valparaiso, IN  46383
Telephone:   219-242-8666
Facsimile:   219-242-8669

Attorneys for Defendants
Raytheon Technologies Corporation and
Raytheon Bargaining Retirement Plan

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Timmieo Curry, | Case No. 4:22-cv-00129-JAS |
| Plaintiff, | |
| v. | |
| Raytheon Technologies Corporation; Raytheon Bargaining Retirement Plan, Defendants. | **DECLARATION OF SCOTT FOWLER** |

I, Scott Fowler, hereby make the following declaration, pursuant to the provisions of 28 U.S.C. § 1746, in support of the Defendants' Motion to Dismiss the First Amended Complaint in the above-captioned lawsuit:

1.      I am over the age of eighteen and fully competent to testify as to the matters set forth in this Declaration, which are true and correct based upon my own personal knowledge and belief.

2.     I am employed as an Associate Director, Total Rewards, Raytheon Technologies Corporation, which is the sole parent of Raytheon Company (collectively, "Raytheon").

3.     In my capacity as Associate Director, Total Rewards, I am familiar with the applicable benefit plan documents and claim documents for the claims at issue in this lawsuit and Raytheon's practices for maintaining business records, including those referenced in this Declaration, in the course of its regularly conducted business activities.

4.     On December 18, 1997, Raytheon merged with HE Holdings, Inc. ("Hughes"), a wholly owned subsidiary of Hughes Electronics Corporation, and took possession of the documents necessary for administration of the Hughes Tucson Bargaining Retirement Plan Restated February 21, 1997 ("Hughes Plan"). Attached hereto as Exhibit A, and numbered 000001 – 000100, is a true and correct copy of the Hughes Plan in effect at the time of the merger.

5.     Effective December 18, 1997, Raytheon established the Raytheon Bargaining Retirement Plan ("Raytheon Plan") as a spinoff from the Hughes Plan (collectively, the "Plan"). True and correct copies of the Raytheon Plan and related Summary Plan Descriptions ("SPDs") are attached hereto as Exhibits B1 through B5, and numbered 000101-000196 (Effective 12/18/1997 Provisions in Effect as of 12/31/1999); 000197-000296 (Effective 12/18/1997 adopted 2002); 000297-000404 (Restated Effective 1/16/15); 000405-000434 (2000 SPD); and 000435-000470 (2017 SPD), respectively.

6.     The First Amended Complaint alleges that Timmieo Curry made a written request for, and received, an estimate of his retirement benefits under the Plan in April, 2020.  A true and correct copy of the estimate ("Retirement Kit") sent by the Raytheon Benefit Center to Mr. Curry on April 23, 2020 is attached hereto as Exhibit C and numbered 000471-000618.

7.     The First Amended Complaint alleges that, on August 7, 2020, the Defendants sent Mr. Curry a letter regarding his retirement benefits. A true and correct copy of the August 7, 2020 letter sent by the Raytheon Benefit Committee to Mr. Curry is attached hereto as Exhibit D and numbered 000619-000624.

8.     The First Amended Complaint alleges that, on September 3, 2020, Mr. Curry's counsel requested certain plan documents from the administrator of the Plan. A true and correct copy

2

of the September 3, 2020 letter received by Raytheon from Jennifer Kroll, counsel for Mr. Curry, and including the following requests:

> 5.   The current Summary Plan Description;
>
> 6.   The Plan documents in effect from September 1996 through April 1998 when Mr. Curry's contributions were returned to him and when he returned to work;
>
> 7.   The Plan Documents in effect during Mr. Curry's employment from 1985 through June 2022 together with all amendments thereto, and
>
> 8.   The Summary Plan Descriptions in effect during Mr. Curry's employment from 1985 through June 2020 together with all amendments thereto;

is attached hereto as Exhibit E and numbered 000625-000626.

9.   The First Amended Complaint alleges that, by letter dated September 22, 2020, the Plan Administrator responded to the September 3, 2020 request. A true and correct copy of the September 22, 2020 letter sent by the Raytheon Benefit Center to Mr. Curry, through Ms. Kroll, is attached hereto as Exhibit F and numbered 000627-000659. The September 22, 2020 letter to Ms. Kroll enclosed the Plan Documents and SPDs attached as Exhibits A and B1-B5 to this Declaration, marked to coincide with Ms. Kroll's requests set forth in paragraph 8 above, as follows:

> **Request 4**
> Raytheon Bargaining Plan amended 1/16/15 (Exhibit B-3)
> **Requests 5 & 8**
> 2017 Summary Plan Description (Exhibit B-5)
> **Requests 6 & 7**
> Hughes 1997 Plan (Exhibit A)
> Raytheon Plan Provisions in Effect as of 12/31/1999 (Exhibit B-1)
> Raytheon Plan Amended and Restated Effective 12/18/1997 (Adopted February 26, 2002) (Exhibit B-2)
> **Request 8**
> 2000 Summary Plan Description (Exhibit B-4)

as well as additional Plan Documents issued between 2000 and 2015 that are not attached hereto.

10.   The First Amended Complaint alleges that, by letter dated March 18, 2021, Defendants denied Mr. Curry's appeal.  A true and correct copy of the March 18, 2021 letter sent by

3

the Raytheon Benefit Appeal Committee to Mr. Curry, through Ms. Kroll, is attached hereto as Exhibit G and numbered 000660-000666.

11.   The attached documents are true and correct copies of the original documents, which were received or created, and maintained, in the regular course of Raytheon's business, at or near the time of the acts, conditions or events recorded.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: January 4, 2023.

Scott Fowler
Associate Director, Total Rewards
Raytheon Technologies Corporation

4