# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Timmieo Curry,<br><br>    Plaintiff,<br><br>v.<br><br>Raytheon Bargaining Retirement Plan and Raytheon Technologies Corporation,<br><br>    Defendants. | No. CV-22-00129-TUC-JAS<br><br>**ORDER** |

The Court having considered the parties' Stipulation and Joint Motion to Extend Briefing Deadlines with respect to Defendants' Rule 12(b)(6) Motion to Dismiss (Third Request) (Doc. 52), and for good cause shown,

IT IS HEREBY ORDERED that the Stipulation and Joint Motion is GRANTED. Defendants may file their Reply on or before March 20, 2023.

Dated this 1st day of March, 2023.

Honorable James A. Soto
United States District Judge