# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Timmieo Curry, | No. CV-22-00129-TUC-JAS |
| Plaintiff, | **ORDER** |
| v. | |
| Raytheon Company, et al., | |
| Defendants. | |

The Court is in receipt of Plaintiff's Citation of Supplemental Authority (Doc. 55).

**IT IS ORDERED** that Plaintiff shall, no later than **Wednesday October 11, 2023**, file a brief explaining how *Morris v. Aetna Life Insurance Co.*, 2023 WL 3773656 (9th Cir. 2023) relates to disputes in the pending Motion to Dismiss. Defendant may file a responsive brief no later than **Wednesday October 18, 2023**.

Dated this 27th day of September, 2023.

Honorable James A. Soto
United States District Judge